**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**HARDWARE RESOURCES, INC.,**

       **Plaintiff,**         **CV F 07 1004 AWI WMW**

    **vs.**                      **ORDER PURSUANT TO STIPULATION**

**CHARLES MCMURRAY CO. INC., et al.,**

       **Defendants.**

      **By stipulation and agreement of the parties, the deadline for Defendant to answer or otherwise plead in response to Plaintiff's First Amended Complaint is extended to September 26, 2007.   The parties further agree that the Rule 26(a) disclosure date will be extended to 14 days after the Rule 26(f) conference.**

      **Accordingly, IT IS HEREBY ORDERED that:**

      **1.  The deadline to file a responsive pleading is extended to September 26, 2007.**

      **2.  The September 20, 2007, telephonic scheduling conference is continued to October 18, 2007, at 11:30 a.m.  The Joint Scheduling Conference Statement is due October 11, 2007.**

1  IT IS SO ORDERED.

2  **Dated:   August 30, 2007**           /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE