UNITED STATES DISTRICT COURT

EASTERN DISTRICT CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC., | ) |
| Plaintiff, | ) Case No.: 1:07-CV-01004  AWI-GSA |
| vs. | ) **STIPULATION AND ORDER EXTENDING TIME PENDING MEDIATION** |
| CHARLES MCMURRAY CO., | ) |
| Defendant. | ) |

Plaintiff Hardware Resources, Inc. and Defendant Charles McMurray Co. (the "Parties") hereby stipulate and agree as follows:

1. The Parties have scheduled mediation (the "Mediation") in this case for November 19, 2007.
2. To facilitate the settlement discussions at the Mediation, the Parties request that the deadline for the Parties to conduct their Initial Scheduling Conference set for November 6, 2007 be continued pending the Mediation.
3. Defendant intended to file a Motion to Stay Proceedings in this case, but will refrain from doing so pending the Mediation.  If the Mediation is unsuccessful and Defendant files a Motion to Stay Proceedings, the Plaintiff agrees not to raise timeliness as a defense to the Motion as long as Defendant's Motion to Stay Proceedings is filed within thirty (30) days of Mediation.
4. Defendant's counsel, Donald J. Rafferty of Cohen, Todd, Kite & Stanford, LLC, will file a Motion to Leave to Appear Pro Hac Vice prior to the Mediation.
5. The Parties shall file a joint report (the "Report") regarding the results of the Mediation by no later than Monday, November 26, 2007.

6.      If this matter is not settled at the Mediation, then the Court shall re-set the Initial Scheduling Conference.

|  |  |
|---|---|
| **/S/ Russell D. Cook** | **/S/ George R. Schultz** |

RUSSELL D. COOK (094934) 17837500,
Law Office of Russell D. Cook
1233 West Shaw Avenue, Suite 100
Fresno, California 93711
Email:  rdcook@rdcooklaw.com
Telephone:  (559) 225-2510
Fax: (559) 225-2389

Attorney for Defendant SMITH

GEORGE R. SCHULTZ, (Tex

  *Pro Hac Vice)*
Schultz & Associates, P.C.
5400 LBJ Freeway, Suite 1200
Dallas, TX 75240
Email: russ.schultz@grspc.com
Telephone:  (214) 210-5940
Fax: (214) 210-5941

ALISON YEW, SB #173158
E-Mail:  yew@lbbslaw.com
LEWIS BRISBOIS BISGAARD & LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 362-2580
Fax:  (415) 434-0882

Attorney for Plaintiff

IT IS SO ORDERED.

Dated:    **October 17, 2007**           **/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE