

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

Hardware Resources, Inc.

                Plaintiff(s),

v.

Charles McMurray, Co., Does 1 through 10.
                Defendant(s).

Case No. 1:07-CV-01004-AWI (WMW)

FILED
NOV 1 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

I, Donald J. Rafferty,

attorney for Charles McMurray Co.,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Cohen, Todd, Kite & Stanford, LLC |
| Address: | 250 East Fifth Street |
| | Suite 1200 |
| City: | Cincinnati |
| State: | Ohio     ZIP Code: 45202 |
| Voice Phone: | (513) 333-5243 |
| FAX Phone: | (513) 241-4495 |
| Internet E-mail: | drafferty@ctks.com |
| Additional E-mail: | |
| I reside in City: | Cincinnati     State: Ohio |

I was admitted to practice in the U.S. District Court, Southern District of Ohio (court) on December 5, 1989 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

Dbt f !2;18.dw.12115.BX JHTB!!!!!Epdvn f ou33!!!!!!Gjrhe!2202708118!!!!!Qbhf !3!pg4

I have ☐/ have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Russell D. Cook |
| Firm Name: | Law Office of Russell D. Cook |
| Address: | 1233 West Shaw Avenue |
| | Suite 100 |
| City: | Fresno |
| State: | California   ZIP Code: 93711 |
| Voice Phone: | (559) 225-2510 |
| FAX Phone: | (559) 225-2389 |
| E-mail: | rdcook@rdcooklaw.com |

Dated: 11-15-07        Petitioner: [signature]

**ORDER**

IT IS SO ORDERED.

Dated: 11-15-07         [signature]
                        JUDGE, U.S. DISTRICT COURT

Save As    Print

```
Dbt f !2;18.dw 12115.BX JHTB!!!!!Epdvn f ou33!!!!!!Gjrhe!2202703118!!!!!Qbhf !4!pg4
```

| | |
|---|---|
| 1 | RUSSELL D. COOK (094934)<br>LAW OFFICE OF RUSSELL D. COOK |
| 2 | 1233 West Shaw Avenue, Suite 100<br>Fresno, California 93711 |
| 3 | E-Mail:       rdcook@rdcooklaw.com<br>Telephone:  (559) 225-2510 |
| 4 | Facsimile:    (559) 225-2389 |
| 5 | Attorney for Defendant, CHARLES MCMURRAY COMPANY |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FOR THE FRESNO DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC. | Case No. c07-01004 |
| Plaintiff, | Chief Judge Anthony W. Ishii<br>Magistrate Judge Gary Austin |
| v. | |
| CHARLES MCMURRAY CO., | **DECLARATION OF RUSSELL D. COOK IN SUPPORT OF APPLICATION OF DONALD J. RAFFERTY FOR PRO HAC VICE STATUS** |
| Defendant. | |

I, RUSSELL D. COOK, declare as follows:

1.   I am an attorney at law duly licensed to practice before all the Courts of the State of California. I have personal knowledge of the facts set forth herein and if called as a witness I could and would competently testify thereto. I am counsel for Defendant Charles McMurray Company in this case am a member of the bar of this Court with whom opposing counsel may readily communicate with regarding Mr. Rafferty's conduct of the action and upon whom service shall be made;

2.   I have given my consent to act as designee in this matter.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 16th day of November, 2007, at Fresno, California.

RUSSELL D. COOK, Attorney for Defendant,
CHARLES MCMURRAY COMPANY

DECLARATION OF RUSSELL D. COOK
IN SUPPORT OF APPLICATION OF
DONALD J. RAFFERTY FOR
PRO HAC VICE STATUS                     -1-