RUSSELL D. COOK (094934)
Law Office of Russell D. Cook
1233 West Shaw Avenue, Suite 100
Fresno, California 93711
Email: rdcook@rdcooklaw.com
Telephone: (559) 225-2510
Fax: (559) 225-2389

Attorney for Defendant Charles McMurray Co.

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| HARDWARE RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES MCMURRAY CO., <br><br> Defendant. | Case No.: 1:07-CV-01004-AWI-GSA <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the Parties' agreement, Plaintiff, Hardware Resources, Inc. and Defendant, Charles McMurray Co., hereby stipulate to dismissal, without prejudice, of all claims asserted by Plaintiff against Defendant. Each party agrees to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

12-20-07

_____
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | |
| 2 | _/s/ John F. Ri____ for_<br>RUSSELL D. COOK (094934)<br>Law Office of Russell D. Cook<br>1233 West Shaw Avenue, Suite 100<br>Fresno, California 93711<br>Email: rdcook@rdcooklaw.com<br>Telephone: (559) 225-2510<br>Fax: (559) 225-2389<br><br>Attorney for Defendant |
| | _/s/_<br>GEORGE R. SCHULTZ, (Tex 17837500,<br>  *Pro Hac Vice)*<br>Schultz & Associates, P.C.<br>5400 LBJ Freeway, Suite 1200<br>Dallas, TX 75240<br>Email: russ.schultz@grspc.com<br>Telephone: (214) 210-5940<br>Fax: (214) 210-5941<br><br>ALISON YEW, SB #173158<br>E-Mail: yew@lbbslaw.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Telephone: (415) 362-2580<br>Fax: (415) 434-0882<br><br>Attorney for Plaintiff |

# PROOF OF SERVICE

State of California )
)
County of Fresno )

I am employed in the County of Fresno, State of California. I am over the age of 18 years and not a party to the within entitled action. My business address is 1233 West Shaw Avenue, Suite 100, Fresno, California 93711.

On December __19__ 2007, I served the within **Stipulation and Order for Dismissal Without Prejudice** to the parties in this action by placing a true copy in an envelope and delivering it as follows:

| | |
|---|---|
| Jeffrey G. Bairey<br>Alison Yew<br>Lewis, Brisbois, Bisgaard & Smith<br>One Sansome St., Ste. 1400<br>San Francisco, CA 94104<br>E-Mail: bairey@lbbslaw.com<br>E-Mail: yew@lbbslaw.com | George R. Schultz<br>William D. Harris, Jr.<br>Schultz & Associates<br>5400 LBJ Freeway, Ste. 1200<br>Dallas, TX 75240<br>E-Mail: russ.schultz@grspc.com<br>E-Mail: bill.harris@grspc.com |

Donald J. Rafferty
Cohen, Todd, Kite & Stanford
250 E. Fifth St., Ste. 1200
Cincinnati, OH 45202-4139
E-Mail: drafferty@ctks.com

✓ **By Mail** – I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

____ **By Personal Service** – Each envelope was addressed as noted above.

____ **By Electronic Mail ("E-Mail) Transmission** – The document was sent electronically to the E-Mail addresses listed above.

____ **By Facsimile** – I caused each document to be sent by facsimile to the number listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed and served on December __19__, 2007, at Fresno, California.

Janet Laflin

RUSSELL D. COOK
Attorney at Law
1233 West Shaw Avenue
Suite 100
Fresno, CA 93711
(559) 225-2510

PROOF OF SERVICE