Stipulation and Order for Dismissal without Prejudice - 1     Case No. 1:07-CV-01004-AWI-GSA

RUSSELL D. COOK (094934)
Law Office of Russell D. Cook
1233 West Shaw Avenue, Suite 100
Fresno, California 93711
Email:  rdcook@rdcooklaw.com
Telephone:  (559) 225-2510
Fax: (559) 225-2389

Attorney for Defendant Charles McMurray Co.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT CALIFORNIA
FRESNO DIVISION

HARDWARE RESOURCES, INC.,

Plaintiff,

vs.

CHARLES MCMURRAY CO.,

Defendant.

Case No.: 1:07-CV-01004-AWI-GSA

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

**JURY TRIAL DEMANDED**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the Parties' agreement, Plaintiff, Hardware Resources, Inc. and Defendant, Charles McMurray Co., hereby stipulate to dismissal, without prejudice, of all claims asserted by Plaintiff against Defendant. Each party agrees to bear its own costs, expenses, and attorneys' fees.

___/s/  RUSSELL D. COOK____
RUSSELL D. COOK (094934)
Law Office of Russell D. Cook
1233 West Shaw Avenue, Suite 100
Fresno, California 93711

___/S/   GEORGE R. SCHULTZ___
GEORGE R. SCHULTZ, (Tex 17837500,
*Pro Hac Vice)*
Schultz & Associates, P.C.

Email: rdcook@rdcooklaw.com  
Telephone: (559) 225-2510  
Fax: (559) 225-2389  

Attorney for Defendant

5400 LBJ Freeway, Suite 1200  
Dallas, TX 75240  
Email: russ.schultz@grspc.com  
Telephone: (214) 210-5940  
Fax: (214) 210-5941  

ALISON YEW, SB #173158  
E-Mail: yew@lbbslaw.com  
LEWIS BRISBOIS BISGAARD & SMITH LLP  
One Sansome Street, Suite 1400  
San Francisco, CA 94104  
Telephone: (415) 362-2580  
Fax: (415) 434-0882  

Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, this action is DISMISSED without prejudice.


IT IS SO ORDERED.


**Dated:   December 21, 2007**          **/s/ Anthony W. Ishii**  
                    UNITED STATES DISTRICT JUDGE